```
 1  Vanessa R. Waldref
    United States Attorney
 2  Eastern District of Washington
 3  Stephanie Van Marter
    Assistant United States Attorney
 4  Post Office Box 1494
 5  Spokane, WA 99210-1494
 6  Telephone: (509) 353-2767
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 1 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSHUA HUNKA,<br><br>Defendant. | 2:22-CR-155-WFN<br><br>INDICTMENT<br><br>Vio.:  21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(vi), 18 U.S.C. § 2<br>Possession with the Intent to<br>Distribute 40 Grams or More<br>of Fentanyl<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

On or about October 4, 2022, in the Eastern District of Washington, the Defendant, DANIEL JOSHUA HUNKA, knowingly possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

INDICTMENT – 1

## SERIOUS DRUG FELONY

Before DANIEL JOSHUA HUNKA committed the offense as charged herein, DANIEL JOSHUA HUNKA had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Conspiracy to Distribute a Substance Containing a Detectable Amount of Oxycodone Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), in the United States District Court for the Eastern District of Washington, Case No. 2:13-CR00008-WFN-62, and having served a term of imprisonment in excess of one year, to wit: 114 months, and having been released from any term of imprisonment within 15 years of the commencement of the instant offense.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as set forth in this Indictment, the Defendant, DANIEL JOSHUA HUNKA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

INDICTMENT – 2

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this __1__ day of November, 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney


Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3